David Newman (SBN 246351)
david@tilg.us
**THE INTERNET LAW GROUP**
9100 Wilshire Blvd., Sute 725E
Beverly Hills, CA 90212
Telephone: (310) 910-1496

Robert Kiddie *(pro hac vice)*
rkiddie@devlinlawfirm.com
Timothy Devlin *(pro hac vice)*
tdevlin@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*Dynamic Ticket Systems LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNAMIC TICKET SYSTEMS LLC, *Plaintiff,* v. TICKETMASTER LLC and LIVE NATION WORLDWIDE, INC., *Defendants.* | Case No. 2:24-cv-00269-JVS-PDx **JOINT STIPULATION TO EXTEND DEADLINES** Hon. James V. Selna |

Dynamic Ticket Systems LLC ("Plaintiff") and Ticketmaster LLC and Live Nation Worldwide, Inc. (collectively, "Defendants") (together with Plaintiff, "the Parties") by and through their undersigned counsel, and subject to the Court's approval, hereby stipulate to the following:

WHEREAS, the current Scheduling Order in this case (Dkt. 101) sets forth certain deadlines prior to opening claim construction briefs.

WHEREFORE, IT IS HEREBY STIPULATED by, between and among the Parties, and subject to the Court's approval, that the following deadlines for the case schedule are extended as listed in the chart, or at such other time as the Court orders.

| EVENT | ORIGINAL DATE | NEW DATE |
|---|---|---|
| Plaintiffs to Serve Preliminary Infringement Contentions | September 23, 2024 | October 21, 2024 |
| Defendants to Serve Preliminary Invalidity Contentions | October 21, 2024 | November 18, 2024 |
| Exchange list of claim terms to be construed by the Court | November 4, 2024 | December 2, 2024 |
| File Joint Claim Construction and Prehearing Statement | December 16, 2024 | January 13, 2025 |
| Claim Construction Discovery Cutoff | January 13, 2025 | January 27, 2025 |
| File Opening Claim Construction Briefs | February 10, 2025 | No change |

| | |
|---|---|
| | Respectfully submitted, |
| Dated: September 11, 2024 | By: /s/Robert Kiddie |
| | David Newman (SBN 246351) |
| | david@tilg.us |
| | **THE INTERNET LAW GROUP** |
| | 9100 Wilshire Blvd., Sute 725E |
| | Beverly Hills, CA 90212 |
| | Telephone: (310) 910-1496 |
| | |
| | Timothy Devlin (*Pro Hac Vice*) |
| | tdevlin@devlinlawfirm.com |
| | Robert Kiddie (*Pro Hac Vice*) |
| | rkiddie@devlinlawfirm.com |
| | **DEVLIN LAW FIRM LLC** |
| | 1526 Gilpin Avenue |
| | Wilmington, DE 19806 |
| | Telephone: (302) 449-9010 |
| | Facsimile: (302) 353-4251 |
| | |
| | *Attorneys for Plaintiff* |
| | *Dynamic Ticket Systems LLC* |
| Dated: September 11, 2024 | By: /s/Rodeen Talebi |
| | Rodeen Talebi (SBN 246351) |
| | talebi@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 633 West Fifth St., 26th Fl. |
| | Los Angeles, CA 90071 |
| | Tel: (213) 533-4240 |
| | |
| | Neil J. McNabnay (*pro hac vice*) |
| | mcnabnay@fr.com |
| | David B. Conrad (*pro hac vice*) |
| | conrad@fr.com |
| | Michael R. Ellis (*pro hac vice*) |
| | ellis@fr.com |
| | Alexander H. Martin (*pro hac vice*) |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | Tel: (214) 747-5070 |
| | |
| | *Attorneys for Defendants* |
| | *Ticketmaster LLC and* |

*Live Nation Worldwide, Inc.*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(2)(i), I, Robert Kiddie, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

/s/ Robert Kiddie
Robert Kiddie

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Date: September 11, 2024

/s/ Robert Kiddie
Robert Kiddie