# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNAMIC TICKET SYSTEMS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TICKETMASTER LLC and<br>LIVE NATION WORLDWIDE, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-00269-JVS<br><br>**CORRECTED<br>FINAL JUDGMENT [113]**<br><br>Hon. James V. Selna |

**IT IS ORDERED AND ADJUDGED** that U.S. Patent Nos. 9,508,207 and 9,576,255 are invalid and Plaintiff Dynamic Ticket Systems, LLC's ("DTS") claims are dismissed WITH prejudice. (Dkt. 76, Counts I–II). Defendants Ticketmaster LLC and Live Nation Worldwide, Inc.'s (collectively, "Ticketmaster") counterclaims for non-infringement and invalidity are dismissed WITHOUT prejudice as moot. (Dkt. 81, Counts I–IV).

**IT IS SO ORDERED**.

DATED: December 18, 2024

_____
HON. JAMES V. SELNA
JUDGE, UNITED STATES DISTRICT COURT